# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MEGILL, et al.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN DIRECT PROPERTY AND<br>CASUALTY INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 2:11-cv-01964-KJD-GWF<br><br>**ORDER**<br><br>Motion to Withdraw (#10) |

　　　　This matter comes before the Court on Steven M. Baker, Esq.'s Motion to Withdraw (#10), filed on February 17, 2012 and Defendants' Notice of Non-Opposition to Attorney's Motion to Withdraw (#11), filed on February 21, 2012.  Mr. Baker requests the Court allow him to withdraw from representing Plaintiff Laura Megill, individually and as natural guardian and parent of minors Brooke Megill and Alaina Megill.  The Court finds the movant substantially establishes good cause for withdrawal.  Accordingly,

　　　　**IT IS HEREBY ORDERED** that Steven M. Baker, Esq.'s Motion to Withdraw (#10) is **granted**.  Plaintiff Laura Megill, individually and as natural guardian and parent of minors Brooke Megill and Alaina Megill shall have until **Friday, April 6, 2012**, to advise the Court if she will retain new counsel.

. . .

. . .

. . .

. . .

1  **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Laura Megill, individually and as natural guardian and parent of minors Brooke Megill and Alaina Megill to the civil docket:

**Laura Megill**
7593 Cloverhill Drive
Highland, CA 92346

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve **Laura Megill** with a copy of this order at her last known addresses listed above.

DATED this 6th day of March, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge