STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
DANIELLE A. OTERO, ESQ.
Nevada Bar No. 14253
dotero@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant, MetLife*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MEGILL, individually, and as natural parent and guardian of BROOKE MEGILL, a minor, and ALAINA MEGILL, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METLIFE INSURANCE COMPANY OF CONNECTICUT; METLIFE INSURANCE COMPANY OF CONNECTICUT dba METLIFE AUTO & HOME; METLIFE AUTO & HOME; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,,<br><br>Defendants. | CASE NO.  2:11-cv-01964-KJD-GWF<br><br>**ORDER EXTENDING TIME TO ANSWER PLAINTIFF'S MOTION TO ENFORCE ARBITRATION AGREEMENT AND COMPEL ARBITRATION [ECF NO. 31]**<br><br>**(FIRST REQUEST)** |

1

Defendants, METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME, METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME, METLIFE INSURANCE COMPANY OF CONNECTICUT, METLIFE INSURANCE COMPANY OF CONNECTICUT dba METLIFE AUTO & HOME, and METLIFE AUTO & HOME (hereinafter collectively "MetLife"), by and through their attorneys, STEVEN T. JAFFE and DANIELLE A. OTERO, of HALL JAFFE & CLAYTON, LLP, and Plaintiffs, LAURA MEGILL, BROOKE MEGILL, and ALAINA MEGILL (hereinafter collectively "Plaintiffs"), by and through their attorney, DONALD C. KUDLER of CAP & KUDLER, present the following Stipulations and Agreements for the Court's consideration in accordance with LR IA 6-1 and the Local Rules of this Court.

This is the first request for an extension of time to file a response to Plaintiff's Motion to Enforce Arbitration and Compel Arbitration ("Plaintiffs' Motion") (ECF No. 31).

Plaintiffs' Motion was filed and served on August 27, 2020. (ECF No. 31). The response to Plaintiffs' Motion is due today, September 10, 2020. This stipulation for an extension in time to respond to Plaintiffs' Motion is made to allow MetLife's counsel additional time to prepare an appropriate response to Plaintiffs' Motion. Good cause exists. This matter was stipulated to be dismissed without prejudice on November 8, 2012 and Defendants' counsel has closed the case file years ago. As such, Defendants have good cause for another two weeks to respond because of the additional time and effort it will take to procure the old case file and render an appropriate response to Plaintiffs' Motion, which consists of eleven (11) pages plus exhibits.

/ / /

/ / /

1    IT IS HEREBY STIPULATED that Plaintiffs hereby grant MetLife an extension of time in which to file its response to Plaintiffs' Motion to now be due September 24, 2020 .(ECF No. 31).

| Dated September 10, 2020 | Dated September 10, 2020 |
|---|---|
| HALL JAFFE & CLAYTON, LLP | CAP & KUDLER |
| */s/ Steven T. Jaffe, Esq.*<br>Nevada Bar No. 7035<br>Danielle A. Otero, Esq.<br>Nevada Bar No. 14253<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant, MetLife* | */s/ Donald C. Kudler*<br>Donald C. Kudler, Esq.<br>Nevada Bar No. 5041<br>3202 W. Charleston Blvd.<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 9/11/2020