**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA MEGILL, individually, and as natural parent and guardian of BROOKE MEGILL, a minor, and ALAINA MEGILL, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METLIFE INSURANCE COMPANY OF CONNECTICUT; METLIFE INSURANCE COMPANY OF CONNECTICUT dba METLIFE AUTO & HOME; METLIFE AUTO & HOME; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,,<br><br>Defendants. | 2:11-cv-01964-KJD-GWF<br><br><br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE RESPONSE TO MOTION TO ENFORCE ARBITRATION AGREEMENT AND COMPEL ARBITRATION** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs LAURA MEGILL, individually, and as natural parent and guardian of BROOKE MEGILL, a minor, and ALAINA MEGILL, a minor and Defendants METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN DIRECT PROPERTY AND

1

CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METLIFE INSURANCE COMPANY OF CONNECTICUT; METLIFE INSURANCE COMPANY OF CONNECTICUT dba METLIFE AUTO & HOME; METLIFEAUTO & HOME (hereafter "METLIFE"), by and through their respective undersigned counsel, that Defendants METLIFE'S Opposition to Plaintiffs' Motion to Enforce Arbitration Agreement and Compel Arbitration filed on September 3, 2020, which was due on October 1, 2020, **shall be extended until October 5, 2020.**

The parties enter this Stipulation in good faith to allow time for Defendants METLIFE's new counsel, Thomas E. McGrath, Esq. of the firm of Tyson & Mendes, LLP to file the Substitution of Counsel.



| | |
|---|---|
| Dated this 1st day of October 2020. | Dated this 1st day of October 2020. |
| CAP & KUDLER | TYSON & MENDES, LLP |
| /s/ Donald C. Kudler | /s/ Thomas E. McGrath |
| DONALD C. KUDLER | THOMAS E. MCGRATH |
| Nevada Bar No. 5041 | Nevada Bar No. 7086 |
| 3202 West Charleston Boulevard | 3960 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants METLIFE* |

Dated this 1st day of October 2020.

HALL JAFFE & CLAYTON, LLP

*/s/ Steven T. Jaffe*
STEVEN T. JAFFE
Nevada Bar No. 7035
KEVIN P. KING
Nevada Bar No. 7405
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants METLIFE*

**IT IS SO ORDERED**

Dated this  2nd  day of October, 2020

_____
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Tyson & Mendes LLP, hereby certifies that on the 30th day of September 2020, a copy of the foregoing **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE RESPONSE TO MOTION TO ENFORCE ARBITRATION AGREEMENT AND COMPEL ARBITRATION**, was served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| Donald C. Kudler, Esq. | Steven T. Jaffee, Esq. |
| CAP AND KUDLER | Danielle A. Otero, Esq. |
| 3202 West Charleston Boulevard | HALL JAFFE & CLAYTON, LLP |
| Las Vegas, NV 89102 | 7425 Peak Drive |
| *Attorneys for Plaintiff* | Las Vegas, NV 89128 |

*/s/ Kathryn Savage-Koehm*
An employee of Tyson & Mendes LLP