| | |
|---|---|
| 1 | **TYSON & MENDES LLP** |
| 2 | THOMAS E. MCGRATH<br>Nevada Bar No. 7086 |
| 3 | Email: tmcgrath@tysonmendes.com<br>3960 Howard Hughes Parkway, Suite 600 |
| 4 | Las Vegas, Nevada 89169<br>Tel: (702) 724-2648 |
| 5 | Fax: (702) 938-1048<br>*Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA MEGILL, individually, and as natural parent and guardian of BROOKE MEGILL, a minor, and ALAINA MEGILL, a minor,<br><br>               Plaintiff,<br>vs.<br><br>METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METLIFE INSURANCE COMPANY OF CONNECTICUT; METLIFE INSURANCE COMPANY OF CONNECTICUT dba METLIFE AUTO & HOME; METLIFE AUTO & HOME; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,,<br><br>               Defendants. | 2:11-cv-01964-KJD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AND SUBMIT CLAIMS TO BINDING ARBITRATION** |

      IT IS HEREBY STIPULATED and agreed by and between Plaintiffs LAURA MEGILL, individually, and as natural parent and guardian of BROOKE MEGILL, a minor, and ALAINA MEGILL, a minor ("Plaintiffs") and Defendants METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO & HOME; METROPOLITAN

1



1  GROUP PROPERTY AND CASUALTY INSURANCE COMPANY; METROPOLITAN
2  GROUP PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE AUTO &
3  HOME; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY;
4  METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY dba METLIFE
5  AUTO & HOME; METLIFE INSURANCE COMPANY OF CONNECTICUT; METLIFE
6  INSURANCE COMPANY OF CONNECTICUT dba METLIFE AUTO & HOME;
7  METLIFEAUTO & HOME (hereafter "METLIFE"), by and through their respective
8  undersigned counsel, that the parties will submit the claims at issue in the above-captioned action
9  to binding contractual arbitration.

Furthermore, in accordance with this agreement, Plaintiffs will withdraw their pending Motion to Compel Arbitration and hereby dismiss, without prejudice, their Complaint in this action, with each party to bear their own fees and costs related to the same.

Dated this 20th day of October 2020.

CAP & KUDLER

*/s/ Donald C. Kudler*
DONALD C. KUDLER
Nevada Bar No. 5041
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

Dated this 20th day of October 2020.

HALL JAFFE & CLAYTON, LLP

*/s/ Steven T. Jaffe*
STEVEN T. JAFFE
Nevada Bar No. 7035
KEVIN P. KING
Nevada Bar No. 7405
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants METLIFE*

Dated this 20th day of October 2020.

TYSON & MENDES, LLP

*/s/ Thomas E. McGrath*
THOMAS E. MCGRATH
Nevada Bar No. 7086
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendants METLIFE*

**IT IS SO ORDERED**

Dated this 21st day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE